UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Avangrid, Inc.,<br>Avangrid Networks, Inc.,<br>Central Maine Power Company, &<br>NECEC Transmission LLC,<br><br>                    Plaintiffs,<br><br>        v.<br><br>NextEra Energy, Inc.,<br>NextEra Energy Capital Holdings, Inc.,<br>NextEra Energy Resources, LLC, &<br>NextEra Energy Seabrook, LLC,<br><br>                    Defendants. | Case No. 3:24-cv-30141<br><br><br><br><br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' CONSOLIDATED MOTION TO DISMISS**

Defendants NextEra Energy, Inc., NextEra Energy Capital Holdings, Inc., NextEra Energy Resources, LLC, and NextEra Energy Seabrook, LLC (collectively, "Defendants") hereby move to dismiss all counts of Plaintiffs Avangrid, Inc., Avangrid Networks, Inc., Central Maine Power Company, and NECEC Transmission LLC's Complaint, ECF No. 1 (the "Complaint") with prejudice pursuant to Fed. R. Civ. P. 12(b)(6); and also move to dismiss Counts VI and VII of the Complaint pursuant to Mass. Gen. Laws ch. 231, § 59H, the Massachusetts statute prohibiting strategic lawsuits against public participation (the "Massachusetts Anti-SLAPP Statute"). As grounds for this Motion, Defendants state as follows:

Each count of the Complaint should be dismissed with prejudice for failure to state a claim upon which relief may be granted for the reasons stated in the Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss, and the accompanying exhibits.

1

In addition, Counts VI and VII of the Complaint should be dismissed with prejudice for the additional reason that they violate the Massachusetts Anti-SLAPP Statute, Mass. Gen. Laws ch. 231, § 59H, for the reasons stated in the Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss, and the accompanying exhibits.

WHEREFORE, the Defendants respectfully request that this Court issue an Order dismissing Counts VI and VII of the Complaint pursuant to Mass. Gen. Laws ch. 231, § 59H, and dismissing the Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), and granting such other and further relief as the Court deems just and proper.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants request oral argument on this Consolidated Motion to Dismiss.

Dated: January 17, 2025                    Respectfully submitted,

/s/ Mark A. Ford
Mark A. Ford (BBO# 659009)
Holly A. Ovington (BBO# 696631)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
mark.ford@wilmerhale.com

David Gringer (*Pro Hac Vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com

Ronald C. Machen (*Pro Hac Vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave. NW

Washington, D.C. 20037
(202) 663-6000
ronald.machen@wilmerhale.com

David Boies (*Pro Hac Vice*)
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com

Stuart H. Singer (*Pro Hac Vice*)
Sabria McElroy (*Pro Hac Vice*)
Pascual Oliu (*Pro Hac Vice*)
Meredith Schultz (*Pro Hac Vice*)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0111
ssinger@bsfllp.com
smcelroy@bsfllp.com
poliu@bsfllp.com
mschultz@bsfllp.com

Richard Feinstein (*Pro Hac Vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
rfeinstein@bsfllp.com

*Attorneys for Defendants*
*NextEra Energy, Inc.,*
*NextEra Energy Capital Holdings, Inc.,*
*NextEra Energy Resources, LLC, &*
*NextEra Energy Seabrook, LLC*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in an attempt in good faith to resolve or narrow the issue set forth in this Motion. Counsel for the parties were unable to reach agreement on this motion.

*/s/ Mark A. Ford*
Mark A. Ford

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document has been served on all counsel of record via the Court's ECF system on January 17, 2025.

_/s/ Mark A. Ford_
Mark A. Ford
