UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVANGRID, INC., et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:24-cv-30141-MGM ) |
| NEXTERA ENERGY, INC., et al., | ) |
|     Defendants. | ) ) ) |

SCHEDULING ORDER
June 27, 2025

ROBERTSON, U.S.M.J.

The following schedule is established following the June 26, 2025 scheduling conference:

| Date | Deadline/Event |
|---|---|
| July 3, 2025 | File a joint proposed protective order or, if the parties cannot reach agreement, competing proposed orders<br><br>File a joint proposed protocol to produce electronically stored information ("ESI") addressing the technical specifications of ESI productions and privilege log requirements or, if the parties cannot reach agreement, competing ESI protocols |
| July 18, 2025 | Produce organizational charts or other similar documentation to facilitate identification of custodians |
| Aug. 1, 2025 | Serve initial Fed. R. Civ. P. 34 requests for production of documents to facilitate negotiations on search terms and custodians. Deadlines for responding to the requests and producing documents are suspended pending the District Judge's ruling on the pending motion to dismiss. Plaintiffs may request a narrow exception to the suspension of Defendants' document production obligations if adequately justified, with such a request to filed by no later than July 10, 2025, with Defendants' opposition to any such request to be filed by no later than July 24, 2025. |
| Sept. 5, 2025 | Parties to complete negotiations as to search terms and custodians, or file competing proposals if agreement cannot be reached. |
| 45 days after the district court's ruling on the pending motion to dismiss | Deadline for written responses to Fed. R. Civ. P. 34 requests for production |
| 8 months after the district court's ruling on | Deadline for substantial production of documents, including ESI |

| | |
|---|---|
| the pending motion to dismiss | |

The court will hold a further scheduling conference to address outstanding discovery issues following the decision on the motion to dismiss.

It is So Ordered.

/s/ Katherine A. Robertson  
KATHERINE A. ROBERTSON  
United States Magistrate Judge
