**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| Avangrid, Inc., Avangrid Networks, Inc., Central Maine Power Company, and NECEC Transmission LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NextEra Energy, Inc., NextEra Energy Capital Holdings, Inc., NextEra Energy Resources, LLC, and NextEra Energy Seabrook, LLC,<br><br>Defendants. | Case No. 3:24-cv-30141-MGM-KAR |

**JOINT SUBMISSION ON FURTHER BRIEFING ON DEFENDANTS' MOTION TO DISMISS REGARDING THE STATE LAW CLAIMS**

Pursuant to the Court's Order on Defendants' Motion to Dismiss dated September 22, 2025 (ECF No. 109), Plaintiffs Avangrid, Inc., Avangrid Networks, Inc., Central Maine Power Company, and NECEC Transmission LLC (collectively, "Avangrid") and Defendants NextEra Energy, Inc., NextEra Energy Capital Holdings, Inc., NextEra Energy Resources, LLC, and NextEra Energy Seabrook, LLC (collectively, "NextEra") submit the following joint statement on an additional briefing and/or oral argument on the state law claims.

The Parties have met and conferred and jointly request a second oral argument to cover the claims remaining after the Court's September 22, 2025 Order. The Parties welcome any guidance from the Court if there are particular areas the Court would like the Parties to focus on.

While counsel have conflicts on a number of dates, we will all work to make ourselves available whenever the Court is able to provide argument time. Counsel note that they have

conferred on potential dates for the oral argument and confirmed that both sides are available October 21-23, and November 5 and 7, 2025, and the November dates are preferred.

* * *

Dated: October 6, 2025

Respectfully submitted,

/s/ J. Mark Gidley
J. Mark Gidley (*Pro Hac Vice*)
Kathryn J. Mims (*Pro Hac Vice*)
Jaclyn Phillips (*Pro Hac Vice*)
**WHITE & CASE LLP**
701 13th Street NW
Washington, DC 20005-3807
Tel: (202) 626-3600
Fax: (202) 639-9355
mgidley@whitecase.com
kmims@whitecase.com
jaclyn.phillips@whitecase.com

Michael Kendall (#544866)
C. Kelly Newman (#706704)
**WHITE & CASE LLP**
75 State Street
Boston, Massachusetts 02109-1814
Tel: (617) 979-9300
Fax: (617) 979-9301
michael.kendall@whitecase.com
kelly.newman@whitecase.com

John P. Pucci (#407560)
Michael D. Roundy (#669357)
**Bulkley, Richardson and Gelinas, LLP**
1500 Main Street, Suite 2700
Springfield, Massachusetts 01115-5507
Tel: (413) 272-6290
Fax: (413) 707-1746
jpucci@bulkley.com
mroundy@bulkley.com

*Counsel for Plaintiffs Avangrid, Inc., Avangrid Networks, Inc., Central Maine Power Company, and NECEC Transmission LLC*

/s/ Mark Ford
Mark A. Ford (BBO# 659009)
Holly A. Ovington (BBO# 696631)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000
mark.ford@wilmerhale.com
holly.ovington@wilmerhale.com

David Gringer (*Pro Hac Vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com

Ronald C. Machen (*Pro Hac Vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
(202) 663-6000
ronald.machen@wilmerhale.com

David Boies (*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
dboies@bsfllp.com

Stuart H. Singer (*Pro Hac Vice*)
Sabria McElroy (*Pro Hac Vice*)
Pascual Oliu (*Pro Hac Vice*)

Meredith Schultz (*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0111
ssinger@bsfllp.com
smcelroy@bsfllp.com
poliu@bsfllp.com
mschultz@bsfllp.com

Richard Feinstein (*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
rfeinstein@bsfllp.com

*Counsel for Defendants*
*NextEra Energy, Inc.,*
*NextEra Energy Capital Holdings, Inc.,*
*NextEra Energy Resources, LLC, &*
*NextEra Energy Seabrook, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document has been served on all counsel of record via the Court's ECF system on October 6, 2025.

*/s/ J. Mark Gidley*
J. Mark Gidley